```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

NAZ, L.L.C. ET AL.                                    CIVIL ACTION

VERSUS                                                NO. 21-1893

MT. HAWLEY INSURANCE COMPANY                          SECTION "B"(4)

## ORDER AND REASONS

The scheduling order states, "The parties shall file in the record and serve upon their opponents a lists of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial *no later than January 30, 2023*." Rec. Doc. 32 at 2 (emphasis added). The scheduling order further states that, "The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Minute Entry as it pertains to the witness and//or exhibits, without an order to do so issued on motion for good cause shown." *Id.*

On January 17, 2023, parties filed a joint motion to extend pre-trial deadlines, continue trial date and set scheduling conference, requesting a blanket ninety-day continuance without demonstrating good cause. Rec. Doc. 44. The Court denied parties motion stating that, "After the Magistrate Judge issues an Order on the pending motion to quash (Rec. Doc. 39) **and** if all parties later demonstrate good cause to reasonably extend **specific** discovery and trial deadlines, it may be so ordered." Rec. Doc.

1

45. In light of the order, defendant filed its witness and exhibit lists on January 30, 2023, in compliance with the scheduling order. *See* Rec. Doc. 47; Rec. Doc. 48. However, despite the Court denying the motion to continue, plaintiffs, without explanation and leave of court, filed their witness and exhibit lists on February 8, 2023, over a week after the prescribed deadline. *See* Rec. Doc. 54; Rec. Doc. 56.

    **IT IS HEREBY ORDERED** that plaintiffs' first witness list (Rec. Doc. 54) and first exhibit list (Rec. Doc. 56) be **STRICKEN FROM THE RECORD** of the above-captioned matter. If plaintiffs plan on filing witness and exhibit lists, they must seek leave of court and show good cause for modification of the scheduling order as stated in the scheduling order and the Court's previous order at Rec. Doc. 45.

    New Orleans, Louisiana this 14th day of February, 2023

                                                _____
                                                SENIOR UNITED STATES DISTRICT JUDGE